## Eusebius J. Biggs, Appellee, v. City of Chicago, a Municipal Corporation, Appellant.

**Gen. No. 46,978.**

First District, First Division.

January 7, 1957.

Rehearing denied January 28, 1957.

Released for publication February 11, 1957.

John C. Melaniphy, Corporation Counsel of the City of Chicago, for defendant-appellant, Sydney R. Drebin, and Joan C. Miller, Assistant Corporation Counsel, of counsel; E. J. Biggs, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.